1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   JORGE ADAN ARREOLA,              )    No. C 08-777 JF
12                                  )
                     Plaintiff,     )
13                                  )
         v.                         )
14                                  )    JOINT MOTION TO BE EXEMPT FROM
   MICHAEL B. MUKASEY, United States )   THE FORMAL ADR PROCESS and
15 Attorney General; et al.,        )    PROPOSED ORDER
                                    )
16                   Defendants.    )
                                    )
17

18      Each of the undersigned certifies that he or she has read either the handbook entitled

19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

20 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

21 resolution options provided by the court and private entities, and considered whether this case might

22 benefit from any of them.

23      Here, the parties agree that referral to a formal ADR process will not be beneficial because

24 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

25 adjudicate the application for naturalization. Given the substance of the action and the lack of any

26 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

27 court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed

28 from the ADR Multi-Option Program and that they be excused from participating in the ADR phone

JOINT MOTION RE: ADR
C 08-777 JF

conference and any further formal ADR process.

Dated: May 9, 2008					Respectfully submitted,

							JOSEPH R. RUSSONIELLO
							United States Attorney


							_____/s/_____
							MELANIE L. PROCTOR[1]
							Assistant United States Attorney
							Attorneys for Defendants


Dated: May 8, 2008					_____/s/_____
							REZA ATHARI
							Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


							_____
							JEREMY FOGEL
							United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION RE: ADR
C 08-777 JF					2