1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6    Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN JOSE DIVISION
11
| | | |
|---|---|---|
| JORGE ADAN ARREOLA, | ) | No. C 08-777 JF |
| | ) | |
|             Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JOINT MOTION TO BE EXEMPT FROM |
| MICHAEL B. MUKASEY, United States | ) | THE FORMAL ADR PROCESS and |
| Attorney General; et al., | ) | PROPOSED ORDER |
| | ) | |
|             Defendants. | ) | |
| | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone

JOINT MOTION RE: ADR
C 08-777 JF

1  conference and any further formal ADR process.

2  Dated: May 9, 2008                           Respectfully submitted,

3                                               JOSEPH R. RUSSONIELLO
                                                United States Attorney

5                                                    /s/
                                                MELANIE L. PROCTOR[1]
6                                               Assistant United States Attorney
                                                Attorneys for Defendants

8  Dated: May 8, 2008                                /s/
9                                               REZA ATHARI
                                                Attorney for Plaintiff

11                             **PROPOSED ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.

14  Dated: May 13, 2008                         _____
                                                JEREMY FOGEL
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION RE: ADR
C 08-777 JF                          2