1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6730
         FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
    JORGE ADAN ARREOLA,              )        No. C 08-777 JF
12                                   )
                     Plaintiff,      )
13                                   )
            v.                       )
14                                   )        STIPULATION TO VACATE CMC;
    MICHAEL B. MUKASEY, United States)        ~~PROPOSED~~ ORDER
15  Attorney General; et al.,        )
                                     )
16                   Defendants.     )
                                     )
17  ─────────────────────────────────)

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    STIPULATION RE: CMC
    C 08-777 JF

On May 21, 2008, the parties submitted a joint case management statement, and proposed a briefing schedule therein. The parties do not have any disputes that would be resolved at a Case Management Conference; accordingly, the parties hereby stipulate, subject to approval of the Court, to adopt the filed Case Management Statement without need for a Case Management Conference, and to VACATE the Case Management Conference scheduled for May 30, 2008.

Dated: May 22, 2008                                    Respectfully submitted,

                                                       JOSEPH R. RUSSONIELLO
                                                       United States Attorney


                                                           /s/
                                                       MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated: May 22, 2008                                        /s/
                                                       REZA ATHARI
                                                       Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for May 30, 2008, is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case.

    5/22/08                                        _____
                                                       JEREMY FOGEL
                                                       United States District Judge

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION RE: CMC
C 08-777 JF                            2