1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6    Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JORGE ADAN ARREOLA, ) | No. C 08-777 JF |
| ) | |
|      Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JOINT CASE MANAGEMENT |
| MICHAEL B. MUKASEY, United States ) | STATEMENT AND ~~PROPOSED~~ ORDER |
| Attorney General; et al., ) | |
| ) | |
|      Defendants. ) | |

    1.    Jurisdiction and Service: Plaintiff brought this Complaint under 28 U.S.C. §§ 1331 and 1361, and 5 U.S.C. § 701 et seq., the Administrative Procedure Act. All parties have been served. Defendants argue that the Court lacks subject matter jurisdiction.

    2.    Facts: The parties agree to the following facts: On September 5, 2006, Plaintiff applied for naturalization. On January 17, 2008, Plaintiff filed the instant Complaint.

    Defendants assert that Plaintiff's name check is still pending with the Federal Bureau of Investigation; accordingly, pursuant to 8 C.F.R. § 335.2(b), he has not yet been interviewed by U.S. Citizenship and Immigration Services.

    3.    Legal Issues: Defendants argue that the Court lacks jurisdiction over the subject matter of this action; in the alternative, Defendants argue the delay in this case was not unreasonable as a matter of law.

CASE MANAGEMENT STATEMENT
C 08-777 JF

1    4. Motions: Defendants' motion for summary judgment will be heard on July 18, 2008. Plaintiff shall file a response in accordance with the local rules.

5.   Amendment of Pleadings: None.

6.   Evidence Preservation: None.

7.   Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8.   Discovery: There has been no discovery to date.

9.   Class Actions: Not applicable.

10.  Related Cases: None.

11.  Relief: Plaintiff asks that the Court compel Defendants to adjudicate his application for naturalization, and asks for an award of attorneys' fees. This case does not involve damages.

12.  Settlement and ADR: On May 14, 2008, the Court granted the parties' Joint Request to Be Exempt From the Formal ADR Process.

13. Consent to Magistrate Judge for All Purposes: The parties do not consent to assignment of this case to a United States Magistrate Judge.

14.  Other References: None.

15.  Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through the motions.

17. Scheduling: Defendants' Motion for Summary Judgment will be heard on July 18, 2008. In accordance with the local rules, Plaintiff shall file any cross-motion for summary judgment no later than 35 days prior to the hearing date.

18. Trial: None.

19. Disclosure of Non-party Interested Entities or Persons: None.

///

///

///

///

CASE MANAGEMENT STATEMENT
C 08-777 JF                                   2

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: May 21, 2008                                 Respectfully submitted,

                                                    JOSEPH R. RUSSONIELLO
                                                    United States Attorney


                                                        /s/
                                                    MELANIE L. PROCTOR[1]
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants


Dated: May 21, 2008                                     /s/
                                                    REZA ATHARI
                                                    Attorney for Plaintiff


## CASE MANAGEMENT ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case.

5/22/08                                             JEREMY FOGEL
                                                    United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

CASE MANAGEMENT STATEMENT
C 08-777 JF                          3