# UNITED STATES DISTRICT COURT

### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 18, 2008
**Case Number:** CV-08-777-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         **JORGE ARREOLA  V.  MICHAEL MUKASEY, ET AL**

**PLAINTIFF**                          **DEFENDANT**

**Attorneys Present: Reza Athari**          **Attorneys Present: Melanie Proctor**

PROCEEDINGS:

Hearing on Motion for Summary Judgment held.  Parties are present. The motion is taken under submission.