**E-Filed 8/25/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JORGE ADAN ARREOLA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL B. MUKASEY, U.S. ATTORNEY GENERAL, et al.,<br><br>    Defendants. | Case Number C 08-777 JF (PVT)<br><br>JUDGMENT |

  Defendants' motion for summary judgment having been granted, IT IS HEREBY ORDERED that judgment is entered for Defendants.

  The Clerk of the Court shall close the file.

DATED: August 25, 2008

                  _____
                  JEREMY FOGEL
                  United States District Judge

1  This Order has been served upon the following persons:

2  Reza Athari     rezaathari@atharilaw.com

3  Melanie Lea Proctor     Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No. C 08-777 JF (PVT)
JUDGMENT
(JFEX2)